**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **MARISOL MOGICA DEL ANGEL,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CASE NO. ________________** |
| **MACARIO BEJARANO GARZA AND** | § | |
| **CORNING INCORPORATED,** | § | |
| **Defendants.** | § | |

---

**DEFENDANTS' NOTICE OF REMOVAL**

---

NOW COMES Defendants MACARIO BEJARANO GARZA and CORNING INCORPORATED file this Notice of Removal.

**PROCEDURAL BACKGROUND**

1. Plaintiff Marisol Mogica Del Angel filed this action on December 28, 2022, against Macario Bejarano Garza and Corning Incorporated in the 139th District Court of Hidalgo County, Texas. The case was docketed under cause number C-4959-22-C (the "State Court Action"). Plaintiff asserts claims for negligence against Defendant Bajarano Garza, and vicarious liability against and negligent hiring, training, supervision and retention by Defendant Corning Incorporated.

2. The docket reflects that Macario Bejarano Garza was served on January 3, 2023. Defendants deny such service was proper.

3. Corning Incorporated was served on January 4, 2023.

4. Defendants filed their Original Answer on January 27, 2023.

5. Defendants now timely file this Notice of Removal pursuant to 28 U.S.C. §1446 to remove the State Court Action from the 139th Judicial District of Hidalgo County, Texas, to the United States District Court for the Southern District of Texas, McAllen Division.

## NATURE OF THE SUIT

6. This lawsuit involves a dispute for damages allegedly sustained in a motor vehicle accident on or about June 30, 2022, in Hidalgo County, Texas. *See* Plaintiff's Original Petition at para 8.

7. The Original Petition asserts causes of action against Defendant Garza for alleged negligence and Defendant Corning for alleged negligence and negligent hiring, training, supervision and retention. *See* Plaintiff's Original Petition at paras 10-12.

## BASIS FOR REMOVAL

8. The Court has jurisdiction over this action under 28 U.S.C. § 1332 because there is and was complete diversity between all real parties in interest (Plaintiff and Defendants) and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### *Diversity of Citizenship*

9. At the time the State Court Action was commenced, Plaintiff was and still is a resident and citizen of Texas. *See* Plaintiff's Original Petition at 1.

10. Defendant Macaro Bejarano Garza was at the time this action was commenced, and still is, a citizen and resident of Mexico.

11. Defendant Corning Incorporated was at the time this action was commenced, and still is, a citizen of New York. It is incorporated in New York and its principal place of business is New York.

12. There is complete diversity of citizenship between all real parties in interest.

### *Amount in Controversy*

13. In her Original Petition and pursuant to Texas Rule of Civil Procedure 47, Plaintiff pleads that she seeks monetary relief in excess of $1,000,000. *See* Plaintiff's Original Petition at para 18. Plaintiff

seeks economic damages and other forms of damage such as medical expenses, mental anguish and pain and suffering in the past and the future as a result of Defendants' alleged acts. Therefore, on its face, Plaintiff's pleadings demonstrate that the requisite amount in controversy is present.

**REMOVAL IS PROCEDURALLY CORRECT**

14. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b). Defendant Garza was served with process on January 3, 2023 and Defendant Corning was served with process on January 4, 2023. Both Defendants consent and agree to removal.

15. Venue is proper in this Division under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action has been pending.

16. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders in the State Court Action are attached herein to the Index of Matters Filed (Exhibits 1A – 1D).

17. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of Defendants' Notice of Removal was promptly given to all parties and to the clerk of 139th Judicial District of Hidalgo County, Texas.

18. All documents required by Local Rule 81 to be filed with this Notice of Removal are attached herein to the Index of Matters Filed (Exhibit 1).

**PRAYER**

Defendants Macario Bejarano Garza and Corning Incorporated respectfully request that the State Court Action be removed and placed on this Court's docket for further proceedings. Defendants also request any additional relief to which it may be justly entitled.

Respectfully submitted,

*/s/ Sarah A. Nicolas*

Sarah A. Nicolas
State Bar No. 24013543
snicolas@ramonworthington.com
**RAMÓN WORTHINGTON NICOLAS & CANTU, PLLC**
1506 Lone Star Way, Ste. 5
Edinburg, TX 78539
Telephone: 956-294-4800
Facsimile: 956-928-9564
**Electronic Service to:**
efile@ramonworthington.com
*ATTORNEY IN CHARGE FOR DEFENDANTS*

**Of Counsel:**

Elizabeth Sandoval Cantu
Texas Bar No. 24013455
ecantu@ramonworthington.com
Stephen W. Bosky
State Bar No. 24087190
sbosky@ramonworthington.com
Marc-Anthony P. Hanna
State Bar No. 24099843
mhanna@ramonworthington.com
Dania Z. Sadi
State Bar No. 24125395
dsadi@ramonworthington.com
**RAMÓN WORTHINGTON NICOLAS & CANTU, PLLC**
1506 Lone Star Way, Ste. 5
Edinburg, TX 78539
Telephone: 956-294-4800
Facsimile: 956-928-9564

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 27, 2023 a true and correct copy of the foregoing document was served electronic service to the following:

Humberto Tijerina, III
State Bar No. 24028040
Cesar Palma
State Bar No. 24094884
Derek I. Salinas
State Bar No. 24093098
Gerardo L. Garcia, Jr.
State Bar No. 24123059
James O. Alaniz
State Bar No. 24118602
**TIJERINA LEGAL GROUP, P.C.**
1200 S. 2nd Street, Ste. 4A
McAllen, Texas 78501
T: (956) 777-7000
F: (956) 972-0144
Litigation Email: TijerinaLit@tlegalgroup.com
**ATTORNEYS FOR PLAINTIFF**

*/s/ Sarah Nicolas*
Sarah A. Nicolas